IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH FROST, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PETSMART, INC. | : | |
| Defendant | : | NO. 05-6759 |

### CIVIL JUDGMENT

Before the Honorable Gene E.K. Pratter

AND NOW, this 26th day of February, 2007, in accordance with Docket Number 24, Memorandum and Opinion granting the Defendant's Motion for Summary Judgment,

IT IS ORDERED that Judgment be and the same is hereby entered in favor of Defendant, PetSmart, Inc.

BY THE COURT

ATTEST:

S/Rose A. Barber
Rose A. Barber
Deputy Clerk to Hon. Gene E.K. Pratter

Copies sent by ECF to:
Rufus A. Jennings
Timothy M. Kolman
Judith E. Harris
Thomas S. Bloom
William J. Delany